IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Carm J. Alicea | : | No. 16-12596-AMC |
| Debtor | : | |

## O R D E R

AND NOW, on this __28th__ day of __August__, 2017, upon consideration of Debtor's Motion for Expedited Hearing, it is hereby Ordered and Decreed that Debtors Motion to Expedite Hearing is GRANTED, and the hearing will take place on __Sept. 11, 2017__ At __11__ (A.M.) P.M.

Debtor shall serve a copy of this Order on counsel for Ditech Financial, LLC via overnight mail on or before August 29, 2017 and file a COS certifying compliance with this requirement.

Objections may be made orally at the hearing.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE