IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Carmen J. Alicea          )   Chapter 13
                                   )
         Debtor                    )   No 16-12596-AMC
                                   )
                                   )

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certifies that a true and correct copy of the Court Order dated August 28, 2017, was served upon the following via Federal Express Overnight, and upon all creditors and interested parties via first class mail on August 29, 2017.

        Brian C. Nicholas, Esquire
        KML Law Group, PC
        701 Market Street, Suite 5000
        Philadelphia, PA 19106

        /s/David M. Offen
        David M. Offen
        Attorney for Debtor