United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-12596-amc
Carmen J. Alicea                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Aug 28, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db          +Carmen J. Alicea,    1333 McKinley Street,    Philadelphia, PA 19111-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor Carmen J. Alicea dmo160west@gmail.com,
          davidoffenecf@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Carm J. Alicea | : | No. 16-12596-AMC |
| Debtor | : | |

### O R D E R

AND NOW, on this __28th__ day of __August__, 2017, upon consideration of Debtor's Motion for Expedited Hearing, it is hereby Ordered and Decreed that Debtors Motion to Expedite Hearing is GRANTED, and the hearing will take place on __Sept. 11, 2017__ At __11__ (A.M.) P.M.

Debtor shall serve a copy of this Order on counsel for Ditech Financial, LLC via overnight mail on or before August 29, 2017 and file a COS certifying compliance with this requirement.

Objections may be made orally at the hearing.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE