IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Carmen J. Alicea | : | No. 16-12596-AMC |
| | : | |
| Debtor | : | |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Reinstate the Automatic Stay and Stay Sheriff Sale, and after notice and hearing, it is hereby ORDERED that:

1. The Motion is ~~**GRANTED.**~~ *denied for lack of prosecution.*

2. ~~The Automatic Stay is Reinstated on the property located at 1333 McKinley Street, Philadelphia, PA 19111.~~

9/25/17

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE