United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12596-amc
Carmen J. Alicea                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Sep 26, 2017
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.
db         +Carmen J. Alicea,    1333 McKinley Street,    Philadelphia, PA 19111-5819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN   on behalf of Debtor Carmen J. Alicea dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Carmen J. Alicea | : | No. 16-12596-AMC |
| | : | |
| Debtor | : | |

ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Reinstate the Automatic Stay and Stay Sheriff Sale, and after notice and hearing, it is hereby ORDERED that:

1. The Motion is ~~**GRANTED.**~~ denied for lack of prosecution.

2. ~~The Automatic Stay is Reinstated on the property located at 1333 McKinley Street, Philadelphia, PA 19111.~~

9/25/17

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE