## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CARMEN J. ALICEA,<br>                              Movant<br>   v.<br><br>DITECH FINANCIAL LLC, | CHAPTER 13<br><br><br>No. 16-12596-AMC<br><br><br>11 U.S.C. Section 362 |

### AMENDED CERTIFICATE OF SERVICE

I, David M. Offen, Esquire, attorney for Debtor, do hereby certify that true and correct copies of the foregoing Motion to Set Aside Sheriff's Sale and Reinstate the Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on    November 28, 2017,  by first class mail, and/or electronic means upon those listed below:

Thomas I. Puleo, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106

Trustee
William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Rafael Saldivar
5267 Howland Street
Philadelphia, PA 19124

Date:

*/s /s/ David M. Offen*
David M. Offen, Esquire
*Attorney for Debtor*
601 Walnut Street
Suite 160 West
Philadelphia PA 19106
215-625-9600