IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re    Carmen J. Alicea | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 16-12596-AMC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Set Aside Sheriff's Sale, Strike Deed and to Reinstate the Automatic Stay and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor