**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Carmen J. Alicea | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKY. NO. 16-12596 AMC |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK:

Kindly enter the appearance of Matthew B. Weisberg, Esq., on behalf of Creditor Rafael Saldivar in regards to the above-captioned matter.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Creditor Rafael Saldivar

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Carmen J. Alicea | : | CHAPTER 13 |
| | : | |
| <u>Debtor</u> | : | BKY. NO. 16-12596 AMC |
| | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 15th day of December, 2017, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served via ECF and/or regular mail, upon all relative parties.

**WEISBERG LAW**

<u>/s/ Matthew B. Weisberg</u>
Matthew B. Weisberg, Esquire
Attorney for Creditor Rafael Saldivar