United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carmen J. Alicea  
    Debtor

Case No. 16-12596-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Jul 17, 2018  
                        Form ID: pdf900     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db             +Carmen J. Alicea,    1333 McKinley Street,    Philadelphia, PA 19111-5819
cr             +Ditech Financial LLC f/k/a Green Tree Servicing LL,    14841 Dallas Pkwy #300,
                 Dallas, TX 75254-7883
13708659       +Aes,    Pob 61017,    Harrisburg, PA 17106-1017
13708661       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13708662       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13708663       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13708664      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
13924720        Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13708668       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13733825       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13724790        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2018 02:15:49
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13772883        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:36
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13798127        E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:59     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13786848        E-mail/Text: bankruptcy.bnc@ditech.com Jul 18 2018 02:16:27     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13708665       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 18 2018 02:17:05     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13708666        E-mail/Text: bankruptcy@fncbinc.com Jul 18 2018 02:16:16
                 First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434
13708667       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Jul 18 2018 02:16:23     Freedom Cu,
                 626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
13708669       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:16:43     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ANDREW J. THROCKMORTON
cr              Educational Credit Management Corporation,    PO Box 16408
13708660*      +Aes,    Pob 61017,    Harrisburg, PA 17106-1017
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                 Signature:    /s/Joseph Speetjens

```
District/off: 0313-2            User: PaulP              Page 2 of 2            Date Rcvd: Jul 17, 2018
                                Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Carmen J. Alicea dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTHEW B. WEISBERG    on behalf of Creditor Rafael  Sandivar mweisberg@weisberglawoffices.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARMEN J. ALICEA                                Chapter 13

                    Debtor          Bankruptcy No. 16-12596-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___17th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CARMEN J. ALICEA

1333 MCKINLEY STREET

PHILADELPHIA, PA 19111